IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19cr12CWR-FKB

EDDIE JONES  18 U.S.C. § 2250(a)

**The Grand jury charges:**

On or before June 5, 2017, in Yazoo County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EDDIE JONES**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce, and knowingly failed to register as a sex offender and update registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 25th day of Jan., 2019.

UNITED STATES MAGISTRATE JUDGE